IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JULIAN OLIVARES, ) | |
| ) | Docket No. 1:15 CV 713 |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | STIPULATION OF DISMISSAL |
| UNIVERSITY OF CHICAGO, ) | WITH PREJUDICE |
| UNIVERSITY OF CHICAGO PRESS, ) | |
| MARGARET R. GREER, AND ) | |
| ELIZABETH RHODES, ) | |
| ) | |
| Defendants ) | |

This matter has been compromised and settled, and there is nothing further in controversy between the parties. Accordingly, pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, the parties, by their counsel, stipulate that this civil action is dismissed with prejudice. It is expressly provided as part of this stipulation that the United States District Court for the Middle District of North Carolina will retain jurisdiction for purposes of enforcing the Settlement Agreement that was executed by Plaintiff and the Defendants on December 19, 2016. Plaintiff and the Defendants shall each bear their respective attorneys' fees and costs. Further, Plaintiff and the Defendants are waiving any and all claims for court sanctions or statutory penalties that were or could have been raised in connection with this Action,

This 13th day of February 2017.

Respectfully submitted,

/s/ James B. Craven III
James B. Craven III
Attorney for the Plaintiff
P.O. Box 1366
Durham, NC 27702
919-688-8295
NCSB No. 997
JBC64@MINDSPRING.COM

/s/ Dixie Thomas Wells
Dixie Thomas Wells
Attorney for the Defendants
Ellis & Winters, LLC
300 North Greeene Street-Suite 800
Greensboro, NC 27401
(336)217-4197
dixie.wells@elliswinters.com